UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:                                       )
MIGUEL CISNEROS                              )    Case No.: 15 B 2752
                                             )    Chapter 7 Case, Converted from Chapter 11
                                             )

# FINAL REPORT AND ACCOUNT RULE 1019

I. **Cash**

   a) Cash balance on hand at date of conversion  $3,656.24
   b) List the bank name and last four digits of account numbers where all of the cash held on conversion was located
      - Chase Checking Account #
   c) Is the cash balance on hand at conversion stated above subject to a security interest?              NO

II. **Accounts Receivable**
   a) Total Amount due the debtor from other entities or individuals on the date the case was converted to a chapter 7 case.      $0.00
   b) Is the account receivable balance stated above subject to a security interest? NO
   c) Itemize below all accounts receivable due the debtor from other entities or individuals on the date that the case was converted to Chapter 7 case:   N/A

III. **Accounts Payable**
   a) Total unpaid debts incurred during chapter 11 case    2,206,717.14
   b) Itemize bellow all unpaid debts incurred during the chapter 11 case including unsecured debts, secured debts, taxes, wages, administrative expenses, etc, but not including any prepetition debts:   N/A

IV. **Date that Matrix of Unpaid Creditors during the Chapter 11 case was filed**  _01/28/2015_

1

Page 2, Final Report of MIGUEL CISNEROS,   Debtor   Case #: 15 B 02752

## V. Original Chapter 11 Assets

Itemize below the assets of the debtor other than cash or accounts receivable on the date the petition was filed that were disposed of during the chapter 11 case or that were retained but had a reduced or increased value on the date of conversion to the chapter 7 case:

| Description of Asset | Value Scheduled in Schedules A and B | If Disposed of, explain disposition | If retained, value on date of conversion |
|---|---|---|---|
| 1800 S 60TH CT Cicero IL 60804 | $134,029.00 | N/A | $134,029.00 |
| 2118 Wisconsin Ave Berwyn IL, 60402 | $191,198.00 | N/A | $191,198.00 |
| 2315 Keeler Ave Chicago IL 60623 | $750,000.00 | N/A | $750,000.00 |
| 271 W North Ave Elmhurts IL 60126 | $623,957.00 | N/A | $623,957.00 |
| 1996 Acura RL V6 196000 MILES | $375.00 | N/A | $375.00 |
| 2003 Cadillac Escalade V8 144000 MILES | $5,250.00 | N/A | $5,250.00 |
| 2005 Chevrolet Equinox V6 105000 Miles | $2,925.00 | N/A | $2,925.00 |
| 2007 Toyota Yaris 190000 Miles | $2,250.00 | N/A | $2,250.00 |
| 2014 Dodge Charger Sedan 5,000 Miles | $18,400.00 | N/A | $18,400.00 |

| | | | |
|---|---|---|---|
| Appliances, Tvs, | $1,500.00 | N/A | $1,500.00 |
| Debtor's clothing | $1000.00 | N/A | $1000.00 |
| Business' Inventory | $150,000.00 | N/A | $150,000.00 |
| La Colmenita Mexican Products Inc | $500.00 | N/A | $500.00 |
| Old Furniture | $800.00 | N/A | $800.00 |
| Chase Checking Accnt | $500.00 | N/A | $500.00 |

**VI. New Chapter 11 Assets**

Itemize below the assets of the debtor other than cash or accounts receivable that were acquired by the debtor during the chapter 11 case and that were disposed of during chapter 11 case or that were retained as assets on the date of conversion to a chapter 7 case: __NONE__

**VII. Executory Contracts and Unexpired Leases**

a) Rejected: List below the unexpired leases and other executory contracts that were rejected during the chapter 11 case, including the name and address of every other party to each contract, the obligations of each party under the contract and description and value of property covered by the contract: __NONE__

b) New, assume, or not rejected: List below the unexpired leases and other executory contracts that were assumed or not rejected and the new executor contracts including leases that were entered into during the chapter 11 case, including the name and address of every other party to each contract, the obligation of each party under the contract and description and value of property covered by the contract: _(See Exhibit A)_

**VIII. Payments to Insiders during the course of the Chapter 11 pendency**
__NONE__

Page 4, Final Report of MIGUEL CISNEROS,    Debtor        Case #: 15 B 02752

The debtor has reviewed this Final Report, consisting of four pages and 1 exhibit, and declares under penalty of perjury that the statements contained therein are true and correct to the best of my knowledge information and belief.

Executed on: May 28, 2015

_____
Miguel Cisneros
Debtor