UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Honorable: Pamela S. Hollis

Date: 6/30/2015

Bankruptcy Case No.: 15-02752

Adversary No.: _____

Title of Case: In re Miguel Cisneros

Brief Statement of Motion: _____

Names and Addresses of moving counsel: Angela Allen, Jenner & Block, 353 N Clark Street, Chicago IL 60654

Representing: Trustee, Catherine Steege

## ORDER

Debtor Miguel Cisneros is hereby ordered to file his amended Chapter 11 Final Report on or before July 15, 2015.

/s/ Pam Hollis